IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN NURSING SERVICES INC.<br><br>Debtor(s) | CASE NO. 09-13411 (LSS)<br><br>CHAPTER 7<br><br>RE: Docket No. 368, 369 |

### ORDER

AND NOW, upon consideration of Trustee George L. Miller's Motion to Deposit Unclaimed Funds in the Court Registry, it is hereby:

**ORDERED**, that the Motion is GRANTED and it is further ORDERED that the funds in the amount of $520.04 will be deposited in the Court Registry.

BY THE COURT:

Date: AUGUST 25, 2016

_[signature]_
Honorable Laurie Selber Silverstein
United States Bankruptcy Judge